**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| POSEIDON OIL PIPELINE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-1636 |
| | § | |
| NOBLE DRILLING (U.S), INC. and | § | |
| NOBLE DRILLING SERVICES INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Poseidon Oil Pipeline Company LLC and defendants Noble Drilling (U.S.) Inc. and Noble Drilling Services Inc. have filed a joint agreed motion for continuance and modification of the scheduling and docket control order to enlarge time, (Docket Entry No. 74). Given the age of the case and the amount of additional time sought, a status conference is set for February 17, 2010, at 9:00 a.m.

SIGNED on January 27, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge